# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SHIRLEY H. RISINGER, | : | No. 39 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARY LOIS LITZINGER, MICHAEL L. | : | |
| APJOK, AND MEGAN F. APJOK, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 29th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.